Louis Meyskens, appellant, v. George M. Stevens et al., appellees. Gen. No. 37,803.

Heard in the second division of this court for the first district at the

October term, 1934. Opinion filed May 24, 1935.

Nelson & Ricker, for appellant. Stevens, Carrier & Griffith, for appellees; Melvin L. Griffith, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.